No. 03–9097. HEARNS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–9100. YOUNG v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 03–9105. GARRETT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–9111. WATKINS v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9114. TRIGUEROZ-GONZALEZ v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 03–9122. HYNES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–9127. MITCHELL v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–9135. DORENBOS v. GALVIN. C. A. 9th Cir. Certiorari denied.

No. 03–9137. CALDWELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–9139. CARTER v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9147. HOLLAND v. FRANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–9154. GRIFFIN v. JOHNSON, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 03–9193. TOODLE v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9233. SALYER v. COLORADO. Ct. App. Colo. Certiorari denied.